IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      NO. 4:12CR00283 JLH

LEONARDO JOSEPH DEHARO, SR.                                          DEFENDANT

**ORDER**

Leonardo Joseph Deharo, Sr., has filed a motion for early termination of supervised release. On May 9, 2005, Deharo was sentenced for possession with intent to distribute five grams or more of methamphetamine and felon in possession of a firearm to eighty-four months in the custody of the Bureau of Prisons, to be followed by four years of supervised release. His supervision began on April 22, 2011. Eighteen U.S.C. § 3583(e)(1) provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate supervised release and discharge the defendant at any time after the expiration of one year of supervised release, provided the Court is satisfied that the action is warranted by the conduct of the defendant released and is in the interest of justice. After consideration of the relevant factors, the Court is not satisfied that early termination of Deharo's supervised release is in the interest of justice. Therefore, the motion for early termination of supervised release is DENIED. Document #3.

IT IS SO ORDERED this 18th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE